UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

05 10396 REK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>              Plaintiff,<br>v.<br>1995 BMW M3 COUPE, BEARING<br>VEHICLE IDENTIFICATION NUMBER<br>WBSBF9321SEH03438, AND<br>MASSACHUSETTS REGISTRATION<br>NO. 99HJ26,<br>              Defendant. | )<br>)<br>)<br>) Civil Action No.<br>)<br>)<br>)<br>)<br>)<br>) |

**WARRANT AND MONITION**

To: The United States Marshal for the District of Massachusetts, or his Deputies

You Are Hereby Commanded to give notice to all persons concerned that a Verified Complaint for Forfeiture In Rem ("Complaint") has been filed by the United States of America against one 1995 BMW M3 Coupe, bearing Vehicle Identification Number WBSBF9321SEH03438, and Massachusetts Registration No. 99HJ26 (the "Defendant Vehicle"), as referred to in said Complaint, attached hereto, for the forfeiture of the Defendant Vehicle to the United States of America pursuant to 21 U.S.C. § 881(a)(4).

This Court has found probable cause for forfeiture of the Defendant Vehicle.

You are hereby directed to serve, and give notice of, the Complaint by:

(1) Publishing notice of the United States' intent to forfeit the Defendant Vehicle at least once per week for three successive weeks in the Boston Herald, or any

>    newspaper having a general circulation in this
>    District; and

(2) Mailing a copy of this Warrant and Monition, together
    with a copy of the Complaint to:

James Liegakos
49 Royal Crest Drive, Apt. 12
North Andover, MA 01845

James Peterson, Esquire
314 Main Street, Suite 104
Wilmington, MA 01887

Carlene M. Sampson
21 Fairwood Drive
Bradford, MA  01835-8429

by certified mail, postage prepaid and return receipt requested, or by serving such copies on the listed parties by hand.

<u>You Are Further Commanded</u> to arrest, attach, inspect and retain the Defendant Vehicle in your custody until further order of this Court.

<u>You Are Further Commanded</u> to give due notice by appropriate service of process, as provided herein, to all persons who claim an interest in the Defendant Vehicle, or assert that the Defendant Vehicle should not be condemned or disposed of pursuant to the prayer of the Complaint.  Upon execution of this process, you are directed further to file the execution in this Court with your return thereon.

ALL CLAIMS TO THE DEFENDANT VEHICLE MUST BE FILED WITH THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MASSACHUSETTS AND SERVED UPON THE UNITED STATES ATTORNEY'S OFFICE, ASSET

FORFEITURE UNIT, 1 COURTHOUSE WAY, SUITE 9200, BOSTON, MASSACHUSETTS 02210, WITHIN THIRTY (30) DAYS AFTER PROCESS HAS BEEN EXECUTED OR WITHIN SUCH ADDITIONAL TIME AS MAY BE ALLOWED BY THIS COURT. ALL ANSWERS TO THE COMPLAINT MUST BE FILED WITH THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MASSACHUSETTS AND SERVED UPON THE UNITED STATES ATTORNEY'S OFFICE, ASSET FORFEITURE UNIT, 1 COURTHOUSE WAY, SUITE 9200, BOSTON, MASSACHUSETTS 02210, WITHIN TWENTY (20) DAYS AFTER THE FILING OF THE CLAIM. CLAIMS MUST BE FILED IN ACCORDANCE WITH THE FEDERAL RULES OF CIVIL PROCEDURE, SUPPLEMENTAL RULES FOR CERTAIN ADMIRALTY AND MARITIME CLAIMS. THE PROCEDURES FOR FILING A PETITION FOR REMISSION OR MITIGATION ARE SET FORTH IN 28 C.F.R. PART 9. IN ADDITION TO THE PROCEDURES MANDATED BY THOSE REGULATIONS, A COPY OF ANY PETITION FOR REMISSION OR MITIGATION SHOULD BE FILED WITH THE SEIZING AGENCY, WHICH IS THE UNITED STATES DRUG ENFORCEMENT ADMINISTRATION, JFK FEDERAL BUILDING, ROOM E-400, 15 NEW SUDBURY STREET, BOSTON, MASSACHUSETTS 02203, ATTENTION ASSET FORFEITURE GROUP.

Tony Anastas, Clerk
U.S. District Court

By: _____
Deputy Clerk
Date: 3-8-05 , 2005

APPROVED AND SO ORDERED:

_____
Senior United States District Judge
Date: March 8 , 2005