United States District Court
For The District of Massachusetts
United States Attorney's Office
Asset Forfeiture Unit
1 Courthouse Way
Suite 9200
Boston, MA 02110

RE: United States of America,  )
           Plaintiff,  )
                     )
    v.             )
                     )  Civil Action No. 05 10396 REK
1995 BMW M3 Coupe, Bearing  )
Vehicle Identification Number  )
WBSBF9321SEH03438, And  )
Massachusetts Registration  )
No. 99HJ26,  )
           Defendant,  )

NOTICE OF CLAIM

      Pursuant to Title 18, U.S.C. Section 983(a)(2)(D) I hereby under oath claim ownership of the property, to wit a 1995 BMW M3 Coupe, Bearing Vehicle Identification Number WBSBF9321SEH03438, and Massachusetts Registration No. 99HJ26, the "Defendant Vehicle", seized on October 14, 2004 and assigned the above referenced Docket Number.

SIGNED UNDER THE PAINS AND PENALTIES OF PERJURY, THIS 4TH DAY OF MAY, 2005.

*Carlene M. Sampson*
Carlene M. Sampson
21 Fairwood Drive
Bradford, MA 01835-8429

## CERTIFICATE OF SERVICE

      I, James M. Peterson, do hereby certify that I served the foregoing document by mailing a copy thereof, postage prepaid, to the United States District Court for the District of Massachusetts, United States Attorney's Office, Asset Forfeiture Unit, One Courthouse Way, Suite 9200, Boston, MA 02210.

Dated: May 5, 2005

                                                  James M. Peterson  
                                                  Attorney at Law  
                                                  314 Main Street  
                                                  Suite 104  
                                                  Wilmington, MA 01887  
                                                  (978) 658-3216  
                                                  BBO No.: 558274