UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>　　　Plaintiff<br><br>v.<br><br>1995 BMW M3 COUPE, BEARING<br>VEHICLE IDENTIFICATION NUMBER<br>WBSBF9321SEH03438, AND<br>MASSACHUSETTS REGISTRATION<br>NO. 99HJ26,<br>　　　Defendant | Civil Action No. 05 10396 REK |

## ANSWER TO THE COMPLAINT

NOW comes Carlene M. Sampson and answers the Verified Complaint for Forfeiture In Rem as follows:

1. Denied.

2. Carlene M. Sampson is presently without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 2.

3. Admitted.

4. Denied.

5. Denied.

## AFFIRMATIVE DEFENSES

### FIRST AFFIRMATIVE DEFENSE

I am the owner of the Defendant motor vehicle.

### SECOND AFFIRMATIVE DEFENSE

I purchased this vehicle on or about June 22, 2004 with my money.

### THIRD AFFIRMATIVE DEFENSE

I paid the sales tax at the time of the purchase with my money.

### FOURTH AFFIRMATIVE DEFENSE

The vehicle is presently insured in my name, and has been insured in my name since I purchased this vehicle.

### FIFTH AFFIRMATIVE DEFENSE

I pay the annual insurance premiums for this vehicle with my money.

### SIXTH AFFIRMATIVE DEFENSE

I pay the annual excise tax for this vehicle with my money.

### SEVENTH AFFIRMATIVE DEFENSE

Periodically, I allow my son, James Liegakos, to use my car.

### EIGHTH AFFIRMATIVE DEFENSE

I had no knowledge that my son, James Liegakos, used this vehicle for the purpose of purchasing and/or transporting drugs.

### NINETH AFFIRMATIVE DEFENSE

I am an "innocent owner".

Respectfully submitted,
Carlene M. Sampson,
By her attorney,

May 5, 2005
Dated

James M. Peterson
Attorney at Law
314 Main Street
Suite 104
Wilmington, MA  01887
(978) 658-3216
BBO No.: 558274

CERTIFICATE OF SERVICE

I, James M. Peterson, do hereby certify that I served the foregoing document by mailing a copy thereof, postage prepaid, to the United States District Court for the District of Massachusetts, United States Attorney's Office, Asset Forfeiture Unit, One Courthouse Way, Suite 9200, Boston, MA 02210.

Dated: May 5, 2005

James M. Peterson
Attorney at Law
314 Main Street
Suite 104
Wilmington, MA 01887
(978) 658-3216
BBO No.: 558274