UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

```
UNITED STATES OF AMERICA,        )
          Plaintiff,             )
                                 )
     v.                          )  Civil Action No. 05-10396-REK
                                 )
1995 BMW M3 COUPE, BEARING       )
VEHICLE IDENTIFICATION NUMBER    )
WBSBF9321SEH03438, AND           )
MASSACHUSETTS REGISTRATION       )
NO. 99HJ26,                      )
          Defendant.             )
```

**JOINT MOTION FOR JUDGMENT AND ORDER OF FORFEITURE**

The parties to this action, the United States of America, plaintiff, and Carlene A. Sampson, claimant, report that they have reached an agreement to settle this action by forfeiting $2,500 in United States currency in lieu of the defendant BMW, as described more fully in the attached Stipulation of Settlement. The parties therefore move this Court to enter a Judgment and Order of Forfeiture in the form submitted herewith.

Respectfully submitted,

| | |
|---|---|
| MICHAEL J. SULLIVAN, | CARLENE A. SAMPSON, |
| United States Attorney, | Claimant, |
| | |
| /s/Shelbey D. Wright | /s/James M. Peterson(*SDW*) |
| By: Shelbey D. Wright | By: James M. Peterson, Esq. |
| Assistant U.S. Attorney | 314 Main Street |
| John J. Moakley Federal | Suite 104 |
|    Courthouse | Wilmington, MA 01887 |
| Suite 9200 | (978) 658-3216 |
| 1 Courthouse Way | |
| Boston, MA 02210 | |
| (617) 748-3283 | |

Date: August 17, 2005                                      Date: August 17, 2005

```
                   UNITED STATES DISTRICT COURT
                 FOR THE DISTRICT OF MASSACHUSETTS


UNITED STATES OF AMERICA,     )
          Plaintiff,          )
                              )
     v.                       ) Civil Action No. 05-10396-REK
                              )
1995 BMW M3 COUPE, BEARING    )
VEHICLE IDENTIFICATION NUMBER )
WBSBF9321SEH03438, AND        )
MASSACHUSETTS REGISTRATION    )
NO. 99HJ26,                   )
          Defendant.          )
```

## STIPULATION OF SETTLEMENT

The parties to this action, plaintiff United States of America, by its attorney, and claimant Carlene Sampson, individually and by her attorney, state that:

WHEREAS, the United States filed a Complaint for Forfeiture in rem against the (the "Defendant Vehicle") on March 1, 2005, which was supported by an affidavit of probable cause prepared by and sworn to by United States Drug Enforcement Administration Special Agent Robert Donovan;

AND WHEREAS, the Court thereafter approved and ordered the issuance of a Warrant and Monition, directing the seizure of the Defendant Vehicle, and service of notice of the action on all interested parties;

AND WHEREAS, on or about May 5, 2005, claimant Carlene M. Sampson (the "Claimant"), filed a Notice of Claim and an Answer to the Complaint as the owner of the Defendant Vehicle, denying

the allegations contained in the Complaint;

AND WHEREAS, on April 7, 2005, April 14, 2005, and April 21, 2005, notice of the filing of the Complaint for Forfeiture in rem against the Defendant Vehicle was published in the Boston Herald newspaper;

AND WHEREAS, as of this date, which is more than thirty days after the final date of such publication, no other party has filed a claim to the Defendant Vehicle or answered or otherwise defended against this forfeiture action as required by Rule C(6) of the Supplemental Rules for Certain Admiralty and Maritime Claims;

AND WHEREAS, it is the desire of both parties to settle this matter;

NOW THEREFORE, it is stipulated and agreed by and between the undersigned parties as follows:

1. Upon execution by all parties, this Stipulation of Settlement shall be filed with the United States District Court for the District of Massachusetts.

2. Claimant Carlene Sampson consents and agrees to the forfeiture to the United States of $2,500 in lieu of the Defendant Vehicle, and waives any and all claims of interest in the forfeited property.  The forfeited $2,500 represents the cost of storing and towing the Defendant Vehicle during the pendency of this action.

3. The parties agree that the Claimant may satisfy the judgment of forfeiture by submitting a certified check in the amount of $2,500, made payable to the United States Marshal Service, prior to August 31, 2005.  The United States will immediately arrange delivery of the Defendant Vehicle at a mutually convenient time and place.

4. Upon execution of this Stipulation of Settlement, the parties will file a Motion for Final Judgment and Order of Forfeiture with respect to the $2,500, in the United States District Court for the District of Massachusetts.

5. The parties agree that the settlement of this matter upon the terms and conditions set forth herein is in full, final, and complete satisfaction of any and all civil claims arising out of the Complaint for Forfeiture filed against the Defendant Vehicle by the United States.

6. Claimant agrees to release unconditionally, and to hold harmless, the United States of America, its officers, agents, and employees, including, but not limited to, the United States Department of Justice, the Drug Enforcement Administration, the United States Marshals Service, and any state or local law enforcement departments or officers involved in this litigation, from any and all claims, demands, damages, causes of action, or suits, of whatever kind and/or description and wheresoever situated, which might now or ever exist by reason of, or grow out

of or affect, directly or indirectly, this forfeiture action.

7.  Without in any way limiting the generality of Paragraph 6, above, Claimant specifically agrees to waive any and all constitutional claims that she may have against any of the parties named in paragraph 6, above, arising from or relating in any way to this civil action.

8.  The United States agrees that it will not seek criminal or civil forfeiture of the Defendant Vehicle in the future, based on the same facts and circumstances which led to this forfeiture action.

9.  Unless this Stipulation of Settlement is voided by the parties, all rights of appeal are hereby waived by all parties, and each party shall bear its own attorneys fees, incurred by it in connection with any of the proceedings pertaining directly or indirectly to this civil forfeiture action.

10. The parties to this agreement acknowledge that they are, and have been, represented by competent counsel in connection with the negotiation, preparation, and execution of this Stipulation of Settlement, that the provisions of this Stipulation and the legal effects thereof have been explained to them, and that they are entering into this Stipulation freely and voluntarily, without coercion, duress, or undue influence.

IN WITNESS WHEREOF, the United States of America, by its attorney, and Claimant Carlene Sampson, individually, and by her attorney, hereby execute this agreement.

Respectfully submitted,

| CARLENE M. SAMPSON, | MICHAEL J. SULLIVAN, United States Attorney |
|---|---|
| By: /s/James M. Peterson(*SDW*)<br>James M. Peterson, Esq.<br>314 Main Street<br>Suite 104<br>Wilmington, MA 01887<br>(978) 658-3216 | By: /s/ Shelbey D. Wright<br>Shelbey D. Wright,<br>Assistant U.S. Attorney<br>John Joseph Moakley Courthouse<br>Suite 9200<br>1 Courthouse Way<br>Boston, MA 02210<br>(617) 748-3100 |
| Date: August 10, 2005 | Date: August 12, 2005 |

CARLENE M. SAMPSON

/s/ Carlene M. Sampson(*SDW*)

Date: August 10, 2005

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

```
UNITED STATES OF AMERICA,         )
            Plaintiff,            )
                                  )
       v.                         )  Civil Action No. 05-10396-REK
                                  )
1995 BMW M3 COUPE, BEARING        )
VEHICLE IDENTIFICATION NUMBER     )
WBSBF9321SEH03438, AND            )
MASSACHUSETTS REGISTRATION        )
NO. 99HJ26,                       )
            Defendant.            )
```

**<u>JUDGMENT AND ORDER OF FORFEITURE</u>**

**KEETON, D.J.**

    This cause having come before this Court and the Court being fully advised of the Stipulation of Settlement between the parties, it is hereby,

    ORDERED, ADJUDGED, and DECREED:

    1.   That $2,500 in United States currency (the "forfeited property"), in lieu of the Defendant Vehicle, is hereby forfeited to the United States, pursuant to 21 U.S.C. § 881(a)(4).

    2.   That any other claim of interest to the forfeited property is hereby dismissed, and all other parties claiming any right, title, or interest in or to the forfeited property are hereby held in default.

    3.   That the United States shall dispose of the forfeited property in accordance with the law.

    4.   That this shall be and is the full, final, and complete

disposition of this civil forfeiture action.

    DONE and ORDERED in Boston, Massachusetts, this _____ day of _____, 2005.

                                      _____
                                      ROBERT E. KEETON
                                      United States District Judge