UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>　　　　Plaintiff,<br><br>　　v.<br><br>1995 BMW M3 COUPE, BEARING<br>VEHICLE IDENTIFICATION NUMBER<br>WBSBF9321SEH03438, AND<br>MASSACHUSETTS REGISTRATION<br>NO. 99HJ26,<br>　　　　Defendant. | )<br>)<br>)<br>) Civil Action No. 05-10396-REK<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## JUDGMENT AND ORDER OF FORFEITURE

**KEETON, D.J.**

　　This cause having come before this Court and the Court being fully advised of the Stipulation of Settlement between the parties, it is hereby,

　　ORDERED, ADJUDGED, and DECREED:

　　1.　That $2,500 in United States currency (the "forfeited property"), in lieu of the Defendant Vehicle, is hereby forfeite to the United States, pursuant to 21 U.S.C. § 881(a)(4).

　　2.　That any other claim of interest to the forfeited property is hereby dismissed, and all other parties claiming any right, title, or interest in or to the forfeited property are hereby held in default.

　　3.　That the United States shall dispose of the forfeited property in accordance with the law.

　　4.　That this shall be and is the full, final, and complete

1

disposition of this civil forfeiture action.

DONE and ORDERED in Boston, Massachusetts, this 14th day of September, 2005.

*Robert E. Keeton*
ROBERT E. KEETON
Senior United States District Judge